# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.**, <br>    Plaintiff, <br><br> *v.* <br><br> **CNO FINANCIAL GROUP, INC.**, <br>    Defendant. | **CASE NO. 1:24-CV-00681-MN** <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff PATENT ARMORY INC., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses **with prejudice** all claims by Plaintiff against Defendant CNO FINANCIAL GROUP, INC. Each party shall bear its own costs, expenses, and attorneys' fees. No party has filed an answer or motion for summary judgment in this action.

Date: March 24, 2025

Respectfully submitted,

*/s/ Antranig Garibian*
Antranig Garibian, Esquire
DE Bar No. 4962
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

        Isaac Rabicoff
        Rabicoff Law LLC
        (*pro hac vice* forthcoming))
        4311 N Ravenswood Ave Suite 315
        Chicago, IL 60613
        Tel. (773) 669-4590
        issac@rabilaw.com

        ***Attorneys for Plaintiff***
        ***Patent Armory Inc.***

**SO ORDERED** this 24th day of March 2025.

_/s/ Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge